# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. FALCON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>SHAWN HATTON, Warden,<br><br>　　　　Respondent. | Case No. CV 14-02867 AG (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all of the records and files herein, and the Magistrate Judge's Amended Report and Recommendation ("Amended Report"). The Court has made a *de novo* review of those portions of the Amended Report to which objections have been made. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the First Amended Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: March 28, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE