# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. FALCON,<br><br>Petitioner,<br><br>v.<br><br>SHAWN HATTON, Warden,<br><br>Respondent. | Case No. CV 14-02867 AG (RAO)<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied, and this action is dismissed with prejudice.

DATED: March 28, 2018

———————————————
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE